IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————

No. 95-20592

———————————

ENERGY BUYERS SERVICE,

Plaintiff-Appellant
Cross-Appellee,

versus

VORYS SATER SEYMOUR AND PEASE,

Defendant-Appellee
Cross-Appellant.

———————————

Appeal from the United States District Court for the
Southern District of Texas

———————————

June 12, 1996

Before GARWOOD, DAVIS, and DeMOSS, Circuit Judges.[*]

PER CURIAM:

AFFIRMED.  See Local Rule 47.6.

———————————

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.